UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| RHONDA HICKMAN | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 12-cv-2105 CM/JPO |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) |
| Defendant, | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

RHONDA HICKMAN, ("Plaintiff"), through the undersigned counsel, RAYMOND E. PROBST, JR., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC, ("Defendant"):

### INTRODUCTION

1. This is an action for actual and statutory damages brought by plaintiff Rhonda Hickman, an individual consumer, against defendant Portfolio Recovery Associates, LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331 and 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## PARTIES

3. Plaintiff, Rhonda Hickman is a consumer, a natural person allegedly obligated to pay any debt, residing in Oldham County, in the state of Kentucky.

4. Defendant, Portfolio Recovery Associates, LLC is a foreign corporation engaged in the business of collecting debt this state with its principal place of business located at 500 W. 1st Avenue, Hutchinson, Kansas 67501. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

6. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed harassing collection calls to Plaintiff, displaying the intent to annoy Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

7. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff in the winter season of 2011.

9. Upon information and belief, Defendant has continued to call Plaintiff's daughter, after her daughter already gave it knowledge to know that it should not call her, and that such calls were prohibited. Defendant has also alerted Plaintiff's daughter to Plaintiff's alleged debt.

10. Upon information and belief, within one year prior to the filing of this complaint, Defendant also alerted Plaintiff's cousin to Plaintiff's alleged debt.

11. Upon information and belief, Plaintiff has given Defendant reason to know that calls to her while she worked were prohibited and also inconvenienced her.

12. Upon information and belief, Defendant has ignored Plaintiff, and has continued to call her at her workplace, without her consent.

13. Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt, by alerting third parties to her alleged debt without her consent, and also by continuing to call her at work without her consent, after having already been given reason to know that such calls not only inconvenienced Plaintiff but were also prohibited.

14. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in her feeling stressed, amongst other negative emotions.

## CLAIM FOR RELIEF

15. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

   (b) Defendant violated *§1692a(3)* by calling Plaintiff's place of employment with knowledge or the reason to know that the consumer's employer prohibits the consumer from receiving such communication, without the prior consent of Plaintiff given directly to Defendant or the express permission of a court of competent jurisdiction; and

   (c) Defendant violated *§1692c(b)* of the FDCPA by contacting a third party in connection with the collection of the alleged debt without the consent of the Plaintiff and the contact was not in a manner covered by *§1692b* of the FDCPA.

17.     Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

18.     As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Rhonda Hickman for actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC for the following:

A.      Actual damages.

B.      Statutory damages pursuant to 15 U.S.C. § 1692k.

C.      Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

D.      For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff RHONDA HICKMAN demands trial by jury in this action.

## DESIGNATION OF TRIAL

Plaintiff hereby designates the Kansas City Division for Trial.

This 22nd day of February, 2012.

THE PROBST LAW FIRM, P.A.

BY:     /s/ Raymond E. Probst, Jr.
        Raymond E. Probst, Jr.
        KS Bar No. 20370
        Attorney for Plaintiff
        827 Armstrong Avenue
        Kansas City, KS  66101
        (913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com